# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Charles Edward Wright III

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Deloitte Touche Tohmatsu, Limited,

Deloitte Consulting, LLP,

Google LLC,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 5:21-CV-0179-TKW-MJF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☒ YES ☐ NO

FILED USDC FLND PN
SEP 3 '21 AM 11:19  GM

eloitte Touche Tohmatsu,

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Charles Edward Wright III

   Address: 2201 West 13th Court

   City, State, and Zip Code: Panama City, FL 32401

   Telephone: _____ (Home) 850-687-7791 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   City, State, and Zip Code: _____

2. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant):* _____

   Address: _____

   _____

   City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question      ☒ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

_____

_____

_____

_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: _Florida_

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    _____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* Deloitte Touche Tohmatsu Limited

         State of Incorporation is _____

         or Principal Place of Business is London, United Kingdom

      2. Defendant *(name)* Deloitte Consulting LLP

         State of Incorporation is _____

         or Principal Place of Business is New York, New York

         *(Attach additional page if necessary to list all Defendants.)*
         SEE ATTACHED FOR ADDITIONAL DEFENDANT

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes   ☒ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_Please see attached two (2) pages._

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _Item 1: 19 weeks of denied unemployment compensation (continuing) at $275/week. Item 2: $1,000,000 in punitive damages for mental anguish. Total damages = $1,005,525.00_

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: September 2, 2021  Plaintiff's Signature: *Charles Wright*

Printed Name of Plaintiff: Charles Wright

Address: 2201 West 13th Court

Panama City, Florida 32401

E-Mail Address: CW32401@gmail.com

Telephone Number: 850-687-7791

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

LIST OF DEFENDANTS

1. Deloitte Touche Tohmatsu Limited

   1 Little New Street

   London, United Kingdom EC4A 3TR


2. Deloitte Consulting LLP

   30 Rockefeller Plaza

   New York, New York 10112


3. Google, LLC

   1600 Amphitheatre Pkwy

   Mountain View, CA 94043


Note: Deloitte Touche Tohmatsu has an unlisted street address in London, United Kingdom. The street address Plaintiff has listed for Deloitte Touche Tohmatsu is a street address for Deloitte, LLP, also in London, and is the best information available to Plaintiff.

## STATEMENT OF CLAIM

1. Plaintiff, Charles Wright, has suffered loss of eligible unemployment benefits in the state of Florida. Plaintiff has suffered mental anguish as a result of being denied unemployment benefits while facing eviction.

2. Plaintiff lost his job due to a condition or injury that was exacerbated by his job duties. Plaintiff was advised by a Doctor to pursue employment that did not involve repetitive manual labor. Plaintiff attempted to apply for unemployment benefits through Florida's "CONNECT" system. Plaintiff was unable to register to file a new claim because the CONNECT system continuously redirected him to the first step in the claim process. Defendant called the Department of Economic Opportunity to request assistance. The automated phone system would not allow Defendant to speak with a human operator and hung up.

3. Deloitte Consulting, LLP implemented an Artificial Intelligence financial attrition and cyber warfare system against the state of Florida in 2013 at the direction of its parent organization, Deloitte Touche Tohmatsu, Limited (DTTL). Deloitte Consulting LLP and DTTL were aided in their crimes by Google, LLC. Plaintiff was a victim of the Artificial Intelligence financial attrition and cyber warfare system in 2021 when Plaintiff was denied the right to claim eligible unemployment benefits.

4. DTTL is multinational organized crime partnership based in London, United Kingdom. DTTL has an extensive history of organized financial crime in countries including but not limited to Italy, Bermuda, Japan, Canada, Dubai, South Korea, Brazil, Zimbabwe, the United States and China. DTTL believes that they are protected from all liability through their partnership structure and are able to conduct warfare against Citizens of Florida and the United States without accountability.

5. DTTL conducts financial attrition and cyber warfare system through a system trademarked as "uDetect." DTTL said uDetect uses "Predictive modeling" to "identify overpayment risk" in Citizens filing unemployment claims. DTTL said uDetect used "Behavioral analytics" to "Nudge claimants." As Plaintiff and millions of other Florida Citizens can attest, DTTL's denial of benefits system goes far beyond nudging claimants and makes it impossible to collect benefits. DTTL further uses "machine learning" for "adaptation and continual improvement" to "accurately and

swiftly measure the effectiveness and benefits of the program" used to deny eligible benefits to Citizens of Florida.

6. DTTL markets their financial attrition and cyber warfare system as an "anti-fraud" and "anti-corruption" system. This claim is patently false. In addition to DTTL being a corrupt and fraudulent entity themselves, the extremely large volume of Florida citizens denied eligible benefits since the inception of Florida's CONNECT system in 2013, and DTTL's refusal to correct the system despite numerous complaints from members of Florida's government, clearly demonstrates that the uDetect system that DTTL uses to deny benefits to Florida Citizens could not be based on fraud or corruption concerns. Numerous problems contributing to the underpayments have been extensively documented by the Office of Inspector General of the Governor of Florida in several reports. Members of both parties Florida's Legislature have complained extensively about the problems. There can be no doubt that the program DTTL uses to target Citizens of Florida is intentional.

7. DTTL chooses who to deny benefits to based on information provided to it through Google, LLC based on program metrics not publicly disclosed. DTTL is Google's "Reigning Google Cloud Global Services Partner of the Year" for 2017, 2018, and, 2019 and is Google's "inaugural 2020 Public Sector Partner of the Year" for 2020. DTTL's uDetect system, used in Florida's CONNECT system uses data provided to them by Google, LLC. Google LLC collects data on Citizens in "Google Cloud" gathered from Google Search, Google Maps, Android phones, and other Google platforms. In the case of Plaintiff, DTTL has enough information to deny Plaintiff the opportunity to file an unemployment claim based on IP address. Google LLC cannot reasonably claim that they are unaware that their data was used to conduct financial attrition and cyber warfare against Plaintiff and other Citizens due to the extensive reporting of complaints and problems with CONNECT.

8. DTTL, Deloitte Consulting LLP, and Google LLC have caused further mental anguish to Plaintiff who has been forced to live with the knowledge that the Defendants have caused extensive hardships, suicides, and other causes of death in the State of Florida during a Pandemic that limited employment opportunities, and that Florida's leaders seem incapable of stopping them. As Governor Ron DeSantis stated in 2020, "It (CONNECT) was designed with all these different things, basically to fail, I think."

**UNITED STATES POSTAL SERVICE** — PRIORITY MAIL EXPRESS

FLAT RATE ENVELOPE — ANY WEIGHT

FROM: (PLEASE PRINT)
Charles Wright
2201 West 13th Court
Panama City, FL 32401
PHONE ( 850 ) 687-7791

TO: (PLEASE PRINT)
US District Court
1 North Palafox Street
Pensacola, FL 32502

PO ZIP Code: 32405
Scheduled Delivery Date: 9-3-21
Date Accepted: 9-2-21
Time Accepted: 2:26 PM
Weight: 3 lbs 6 ozs
Postage: $26.35
Total Postage & Fees: $26.35
Employee Signature: MB

EJ 842 352 022 US

U.S. POSTAGE PAID
PME 1-Day
PANAMA CITY, FL
32405
SEP 02, 21
AMOUNT
$26.35
R2305H126820-20