# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHARLES E. WRIGHT, III,

    Plaintiff,

v.                                                          Case No. 5:21-cv-179-TKW/MJF

DELOITTE TOUCHE TOHMATSU LLC,
*et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 20th day of December, 2021.

                                                *T. Kent Wetherell, II*
                                                **T. KENT WETHERELL, II**
                                                **UNITED STATES DISTRICT JUDGE**