## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

CHARLES EDWARD WRIGHT, III

    VS                                                                  CASE NO. 5:21-cv-00179-TKW-MJF

DELOITTE TOUCHE TOHMATSU
LIMITED et al

### JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DISMISSED without prejudice.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 December 20, 2021                       /s/ *Monica Broussard*
DATE                                             Deputy Clerk: Monica Broussard